UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Goode,
  Plaintiff

Case No. 3:17-CV-01188(AVC)

v.

SCANNED at and Emailed 8/3/18 date by [initials] 2 pages No.

Champion, ET AL
  Defendants

August 3, 2018

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 7(b), plaintiff respectfully moves for an enlargement of time to complete discovery for reasons that there are several outstanding discovery requests from June 30, 2018 which defendants have not furnished and the most recent controversy over a discovery request relating to the production of a video recording from August 3, 2014, which Defendants have not produce but erroneous, with intent, produced an entirely different video to plaintiff on July 24, 2018, which is now the subject of a motion for sanction.

Plaintiff request that the time to complete

discovery be extended to October 23, 2018 — merely sixty (60) days from the original deadline.

Wherefore, this court should grant this motion.

Plaintiff

Jason Goode #228240
Northern Corr. Inst., P.O. Box 665
Somers, CT 06071

## Certification

I hereby certify that a copy of the foregoing was electronically mailed to this U.S. District Court on this 3rd day of August, 2018 and mailed, postage prepaid, to on this same day to:

Steven M. Strom, assistant attorney general
110 Sherman St.
Hartford, CT 06105

Plaintiff,

Jason Goode